1
2
3
4
5
6
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
7
8
9
10
11
12
13
14
15

| | |
|---|---|
| BRANDEN S. WARD,<br>        Plaintiff,<br><br>        vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant. | ) CASE NO. 5:23-cv-02437-AJR<br>)<br>) ~~[PROPOSED]~~<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

16
17
18
19
20
21
22

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

23
24
DATED:  June 12, 2024        _____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE
25
26
27
28